# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LILLIE PATRICK HENDERSON,**

      **Plaintiff,**

**-vs-**                                                                                     Case No.  6:05-cv-1928-Orl-31DAB

**SEMINOLE COUNTY VICTIM'S RIGHTS COALITION, d/b/a Safehouse of Seminole, JEANNE GOLD, FRANK VANDER LOO,**

      **Defendants.**

_____

## ORDER

Defendant, Jeanne Gold, has filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 13).  Plaintiff has not responded and the Motion appears meritorious.  Accordingly, it is

**ORDERED** that Defendant's Motion is GRANTED, as unopposed. The Defendant, Jeanne Gold, is DISMISSED from this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 2, 2006.

                                                                    GREGORY A. PRESNELL
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party